JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON CHILIN,<br><br>        Plaintiff,<br><br>vs.<br><br>BSD 501 REDLANDS, LLC; and DOES 1 to 10,<br><br>        Defendants. | Case No.: 5:23-cv-01821 JFW (DTBx)<br><br>**Judgment Re: Default Judgment** |

    Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff NELSON CHILIN shall have JUDGMENT in Plaintiff's favor in the amount of $6,912.00 ($4,000.00 in statutory damages + $2,315.00 in attorneys' fees + $597.00 in costs) against Defendant BSD 501 REDLANDS, LLC.

    In addition, Defendant BSD 501 REDLANDS, LLC is ordered to provide an accessible parking space at the property located at or about 501 W. Redlands Blvd., Redlands, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: May 16, 2024

                                                 Hon. John F. Walter
                                                 United States District Judge